JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED WESTERN BANK, | ) CV07-5069 JFW (CWx).(rn) |
| Plaintiff, | ) **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | ) |
| COUNTRYWIDE HOME LOANS, INC., | ) |
| Defendant. | ) |
| | ) Complaint Filed:  August 3, 2007 |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Defendant COUNTRYWIDE HOME LOANS, INC., be and hereby is dismissed with prejudice in the aforementioned action pursuant to F.R.C.P. 41(a)(1), each party bearing its own attorneys' fees and costs.

Dated:  March 14, 2008   By:

_____
JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

1